1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7  CLARK PERMAR,                                    No. C 09-0972 SBA

8           Plaintiff,                              **ORDER TO SHOW CAUSE RE
                                                    DISMISSAL**
9    v.

10  SPECTRA WATERMAKERS, INC.,

11          Defendant.
                                                /
12

13          IT IS HEREBY ORDERED THAT:

14          (1)    The parties shall appear in Courtroom 1 of the United States Courthouse, 1301 Clay

15  Street, Oakland, California, on **October 14, 2009  at 4:00 p.m.**, to show cause, by actual

16  appearance, why this case should not be dismissed and/or sanctions should not be imposed for lack

17  of prosecution.

18          (2)    At least ten (10) days prior to the date specified for the court appearance, the parties

19  or their counsel of record must file a Certificate of Counsel with the Clerk of the Court to explain

20  why the case should or should not be dismissed and why sanctions should or should not be imposed

21  for lack of prosecution based on the failure to submit a joint case management statement in

22  anticipation of the Case Management Conference previously scheduled for September 23, 2009 and

23  plaintiff's failure to initiate the conference call.  The Certificate shall set forth the nature of the

24  cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis

25  for opposition to dismissal by any party, and its expected course if not dismissed.

26          (3)    Please take notice that this Order requires both the specified court appearance and the

27  filing of the Certificate of Counsel.  FAILURE TO FULLY COMPLY WITH THIS ORDER WILL

28  BE DEEMED SUFFICIENT GROUND TO DISMISS THE ACTION.

**United States District Court**
For the Northern District of California

1        (4)      The parties' stipulation to continue the ENE deadline (Docket 26) is DENIED

2    without prejudice.  In the event this Order to Show Cause is vacated, the parties may resubmit their

3    proposed stipulation to continue the ENE deadline to December 1, 2009.

4        IT IS SO ORDERED.

5

6    Dated: September 28, 2009                    _____
                                                  SAUNDRA BROWN ARMSTRONG
7                                                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2