UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARK PERMAR,  )
                               )   Case No.  C- 09-0972 MEJ
     Plaintiff(s),             )
                               )   **ORDER SETTING HEARING**
          vs.                  )
                               )
SPECTRA WATERMAKERS, INC.,     )
                               )
     Defendant(s).             )
_____)

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED that the hearing to **Resolve Dispute Regarding Terms of Settlement** is scheduled for June 3, 2010, at 10:30 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, Ca 94102.

IT IS SO ORDERED.

DATED: May 21, 2010

_____
MARIA-ELENA JAMES
Chief United States Magistrate Judge