UNITED STATES DISTRICT COURT

Northern District of California

CLARK PERMAR,

          Plaintiff,

  v.

SPECTRA WATERMAKERS, INC.,

          Defendant.
_____/

No. C 09-0972 SBA (MEJ)

**ORDER ON STIPULATION FOR MAGISTRATE TO RESOLVE DISPUTE RE: TERMS OF SETTLEMENT**

This matter came before the Court on the parties' Stipulation For Magistrate to Resolve Dispute Re: Terms of Settlement filed May 19, 2010. (Dkt. #61.) Following a hearing on June 3, 2010, a further dispute arose as to the sale of the '198 Patent to Defendant Spectra Watermarks by Plaintiff Clark Permar. Specifically, Plaintiff did not desire to sell the '198 Patent, but he agreed to grant a royalty fee exclusive license to Spectra in lieu of an actual sale of the '198 Patent. Spectra rejected Plaintiff's proposal.

In order to resolve this matter without further hearing, the parties have each drafted a proposed Stipulation For Dismissal and Order Thereon, and have submitted them to the undersigned to consider which form of settlement and order conforms to the terms of the stipulation of June 3, 2010. After considering the respective contentions of the parties, and good cause having been shown,

IT IS HEREBY ORDERED that the Stipulation For Dismissal and Order Thereon submitted by Defendant Spectra Watermakers, Inc., requiring Plaintiff to transfer the '198 Patent to Spectra, is adopted and approved by the Court in order to resolve the dispute between the parties and to finalize the terms of settlement in this matter. The parties are to submit a Stipulation and Order to Judge Armstrong for approval and dismissal of this action within 10 days of the entry of this order.

**IT IS SO ORDERED.**

Dated: November 30, 2010

                                              _____
                                              Maria-Elena James
                                              Chief United States Magistrate Judge